FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TEREX USA LLC, a Delaware limited liability company,

Plaintiff,

v.

ANDREW TROWBRIDGE, an individual,

Defendant.

No. 2:26-cv-00436-RLP

ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Terex USA, LLC's Notice of Dismissal. ECF No. 10. Plaintiff seeks to dismiss without prejudice all claims against Defendant Andrew Trowbridge. *Id.* Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows the plaintiff to voluntarily dismiss a case without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

**Accordingly, IT IS ORDERED:**

1. Pursuant to Plaintiff's Notice of Dismissal, ECF No. 10, this action is **DISMISSED without prejudice**. Each party shall bear its own expenses, costs, and attorney fees.

2. The preliminary injunction hearing scheduled for October 13, 2026 is **STRICKEN**. Any other deadlines or hearings are **VACATED**.

3. The temporary restraining order, **ECF No. 8**, is **DISSOLVED**.

4. Plaintiff shall provide a copy of this Order to Mr. Trowbridge as expeditiously as possible.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel. File is closed.

DATED October 2, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE